Barrett Burke Wilson Castle Daffin & Frappier, L.L.P.           BBWCDF#  00000000678649
1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 621-8673

Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70508-HDH-13 |
| | § | |
| SYMETHA RAMONA PARKER, | § | |
| Debtor | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT BURKE WILSON CASTLE DAFFIN & FRAPPIER, L.L.P., pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT BURKE WILSON CASTLE DAFFIN & FRAPPIER, L.L.P.**
1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 621-8673

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg. The undersigned firm will not accept service of process in any adversary case for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT BURKE WILSON CASTLE DAFFIN & FRAPPIER, L.L.P., additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT BURKE WILSON
CASTLE DAFFIN & FRAPPIER, L.L.P.

/s/ MARY A. DAFFIN          12/7/2007
MARY A. DAFFIN
TBA NO. 05309200
1900 St. James Place, Suite 500
Houston, Texas  77056
Telephone:  (713) 621-8673
Facsimile:  (972) 661-7702
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 07, 2007, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

        Respectfully submitted,

        BARRETT BURKE WILSON
        CASTLE DAFFIN & FRAPPIER, L. L. P.

BY: /s/ MARY A. DAFFIN       12/7/2007
      MARY A. DAFFIN
      TBA NO. 05309200
      1900 St. James Place, Suite 500
      Houston, Texas 77056
      Telephone: (713) 621-8673
      Facsimile: (972) 661-7702
      E-mail: NDECF@BBWCDF.COM
      ATTORNEY FOR CLAIMANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
SYMETHA RAMONA PARKER
2011 MCGREGOR
WICHITA FALLS, TX  76301

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

TRUSTEE:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424