```
                    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                    STATEMENT OF EARNINGS FOR OCTOBER 2007
```

PARKER, SYMETHA R                              DIRECT DEPOSIT IND:        Y
                                               W-4 WITHHOLDING INFO:      S00    0
PDC: JA                                        BENEFIT REPLACEMENT PAY:   W

          RETAIN THIS STATEMENT FOR YOUR RECORDS. CONTAINS TAX INFORMATION FOR THE CURRENT YEAR.

          ** CURRENT PAY **                              ** DEDUCTIONS **

SALARY:                     2,452.68       FICA-SS      155.27    FICA-MC         36.31
HAZARDOUS DUTY PAY:            12.00       FIT          287.95    RETIREMENT     156.28
LONGEVITY PAY:                140.00       TXFLEX MED    41.00    PRETAX INS      61.10
                                           POSTAX INS    27.20    LAUNDRY          5.41
TOTAL GROSS PAY:            2,604.68       BARBER         1.00    COMMISSARY      15.00

(-) DEDUCTIONS:               786.52

NET PAY:                    1,818.16

                                                     TOTAL DEDUCTIONS:    786.52
                              DEDUCTIONS ARE LISTED ACROSS BASED ON CALCULATION PRIORITY

DIRECT DEPOSIT:
WELLS FARGO BANK          CHK       1,818.16 008649051


*CALENDAR YEAR-TO-DATE*          *TDCJ*

WITHHOLDING GROSS:              25,362.80
WITHHOLDING TAX:                 3,188.26
OASI SOCIAL SECURITY GROSS:     26,972.92
OASI MEDICARE GROSS:            26,972.92
EMPL SOCIAL SECURITY TAX:        1,672.34
EMPL MEDICARE TAX:                 391.10
BENEFIT REPLACEMENT PAY:             0.00
EARNED INCOME CREDIT GROSS:          0.00
EARNED INCOME CREDIT:                0.00
EMPL RETIREMENT CONTRIBUTION:    1,610.12
PRE-TAX INSURANCE:                 691.36
PRE-TAX HEALTH CARE:                82.00
PRE-TAX DEPENDENT CARE:              0.00
401K CONTRIBUTION:                   0.00
DEFERRED CONTRIBUTION:               0.00
DEFERRED CATCH-UP CONTRIB.:          0.00
TERM LIFE INSURANCE:                 9.70

*PLEASE REFER ALL QUESTIONS TO YOUR HUMAN RESOURCES REPRESENTATIVE

                                                      DOCUMENT NUM: 87104R11