Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

SYMETHA RAMONA PARKER

CASE NO: 07-70508-HDH-13
HEARING DATE: 1/16/2008
HEARING TIME: 11:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 1/16/2008 at 11:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN FIVE (5) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 1/16/2008 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    12/19/2007

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date:   12/19/2007 | /s/ Walter O'Cheskey |
| | _____ |
| | Walter O'Cheskey |
| | Chapter 13 Trustee |

BARRETT BURKE WILSON CASTLE   DAFFIN & FRAPPIER  L L P 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BARRETT BURKE WILSON CASTLE 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
CITIBANK PO BOX 6003  HAGERSTOWN MD 21747
CITIFINANCIAL PO BOX 499  HANOVER MD 21076
CITY OF WICHITA FALLS, WF ISD AND CITY C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
CONTINENTAL CREDIT CORP 706 10TH ST  WICHITA FALLS TX 76301
DONALD PARKER 1700 HARDING  WICHITA FALLS TX 76301
INTERNAL REVENUE SERVICE 55 N. ROBINSON MS 5024-OKC OKLAHOMA CITY OK 73102
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
LEGAL PRACTICE MANAGEMENT 15000 SURVEYOR BLVD  ADDISON TX 75001
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PARK DANSAN 113 W 3RD AVE  GASTONIA NC 28052
SPRINT PCS PO BOX 219554  KANSAS CITY MO 64121
SYMETHA RAMONA PARKER 2011 MCGREGOR  WICHITA FALLS TX 76301
THE CASH STORE #718 3900 SHEPPARD ACCESS RD  WICHITA FALLS TX 76308
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK 3476 STATEVIEW BLVD  FORT MILLS SC 29715
WELLS FARGO HOME MORTGAGE 405 SW 5TH STREET PMT PROCESSING MAC # X2501-01D DES MOINES IA 50328
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242