Walter O'Cheskey
Chapter 13 Trustee
6308 Iola   Lubbock, TX 79424
(806) 748-1980 Phone   (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

SYMETHA RAMONA PARKER

CASE NO. 07-70508-HDH-13

AKA1: SYMETHA RAMONA WILLIAMS          AKA2:
DBA1:                                   DBA2:
SS#1: xxx-xx- 5271                      SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:   1/3/2008   Orig. Time:   2:00 PM        Reset Date:         Reset Time:
  B. Meeting Results:   Adjourned
  C. Debtor(s):   Debtor 1 Appeared
  D. Attorney for Debtor(s):   Appeared
  E. Creditor Appearance:   none
  F. Amount Paid to the Trustee as of   1/4/2008   $0.00   First Payment Due Date:   1/2/2008
  G. File Trustee's Motion to Dismiss because
  H. B22C Information:   B22C Form is:   Complete
     Budgeted Income:   $1,859.16   Expense:   $1,533.00   Surplus:   $326.16
     Plan Payment:   $326.00 Monthly                            Plan Term(Months):   38
  I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00
     ___ Objection to Exemption of:
     ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:
     ___ Object to Invoke Stay Pleading
     ___ Case Converted from Chapter 7, Bar Date Set:   4/2/2008   Date Converted from Chapter 7:
  J. Required Information:   auto insurance…OK with affidavit
  K. Business Information:
  L. Object to Confirmation:   Yes   Grounds:   feasibility issues
  M. Financial Management Class:   Debtor 1 Appeared
  N. Eligibility:
     Certificate of Credit Counseling Filed:   Debtor 1 Only
     Credit Counseling Provider Approved:                            Yes
     Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):   No
  O. Domestic Support Obligation:   $0.00   Current:         Arrears:   $0.00
     Affidavit and Disclosure of Domestic Support Obligations Received:   Yes
  P. Remarks:   ***feasibility issue $3,426.32…both home arrears came back higher than scheduled
               ***marital status? SEPARATED
               ***payments on vehicle (1998 Suburban) that doesn't run? Vehicle is with separated spouse
               ***need first payment, due 1-2-2008…wwde1

Dated:   1/3/2008                                        /s/ Walter O'Cheskey
                                                         Standing Bankruptcy Trustee
                                                         By:   Ben Greene

| Case Number: | 07-70508 |
|---|---|
| Debtor: | PARKER |
| Attorney: | MJW |
| Presiding Officer: | BEN |
| Calculation Date: | 1/4/2008 8:58 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| CITIFINANCIAL | $2,000.00 | 10.25% | 38 | $61.86 | $2,350.57 |
| WELLS FARGO | $5,798.91 | 8.75% | 38 | $175.27 | $6,660.34 |
| WELLS FARGO | $1,945.46 | 13.00% | 38 | $62.73 | $2,383.67 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**    Paid Through the Plan | $2,799.00 | $2,799.00 |
| **Noticing Fees** | $43.68 | $43.68 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,799.00 | | |
| Less Noticing Fees | $43.68 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $38,218.36 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $15,814.32 |
| Debtor Plan Base (Monthly Payment X Term) | $12,388.00 |
| Surplus (Debtor Plan Base - Calculated Base) | -$3,426.32 |

**Comments:**

Version 1.02 Last Revised: 11/26/2007

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **1/4/2008 8:58** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007