Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX  79424
(806) 748-1980 Office
(806) 748-1956 Fax

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYMETHA RAMONA PARKER | § | CASE NO. 07-70508-HDH-13 |
| | § | |
| | § | HEARING DATE: 01-16-2008 |
| DEBTOR(S) | § | HEARING TIME: 11:00 A.M. |

## TRUSTEE'S OBJECTION TO CONFIRMATION

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW WALTER O'CHESKEY,** Standing Chapter 13 Trustee (hereinafter referred to as "Trustee"), and files this his Objection to Confirmation in opposition to confirmation of Debtor's Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on December 3, 2007.

2. Debtor(s) are <u>below</u> the median income as defined by 11 U.S.C. Sec. 1325

3. Trustee alleges and shows that debtor's most recent plan on file with the court proposes a base of $12,388.00 ($326.00 per month for thirty eight months).

4. Trustee alleges that in order to pay all secured, priority and administrative expenses, debtor's base must be $15,821.60 ($419.00 per month for the remaining thirty seven months of debtor's plan, see attached Exhibit A).

5. Trustee objects to debtor's plan in that said plan does not comply with 11 U.S.C. 1325 (a) (6) as the plan will not pay as proposed.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny confirmation of the Debtor's Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: January 7, 2008

Respectfully submitted,
/S/ Walter O'Cheskey
Walter O'Cheskey, Trustee
6308 Iola Avenue
Lubbock, TX  79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

William Neary
United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Debtors Attorney
MONTE J WHITE ESQ.
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS, TX 76301

Debtor(s):
SYMETHA RAMONA PARKER
2011 MCGREGOR
WICHITA FALLS, TX  76301

Date: January 7, 2008

/S/ Walter O'Cheskey
Office of the Standing Trustee

| Case Number: | 07-70508 |
|---|---|
| Debtor: | PARKER |
| Attorney: | MJW |
| Presiding Officer: | BEN |
| Calculation Date: | 1/7/2008 12:55 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| CITIFINANCIAL | $2,000.00 | 10.25% | 38 | $61.86 | $2,350.57 |
| WELLS FARGO | $5,798.91 | 8.75% | 38 | $175.27 | $6,660.34 |
| WELLS FARGO | $1,945.46 | 13.00% | 38 | $62.73 | $2,383.67 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $2,799.00 | | $2,799.00 |
| **Noticing Fees** | $50.96 | | $50.96 |
| **Clerk Filing Fees** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | **$0.00** | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
|   Less Trustee Fees | $0.00 | | |
|   Less Attorney Fees | $2,799.00 | | |
|   Less Noticing Fees | $50.96 | Greater Of ---------> | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | |
|   Less Scheduled Priority Claims | $0.00 | | |
|   Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $38,218.36 |
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $15,821.60 |
| Debtor Plan Base (Monthly Payment X Term) | $12,388.00 |
| Surplus (Debtor Plan Base - Calculated Base) | **-$3,433.60** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007