**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
SYMETHA RAMONA PARKER
2011 MCGREGOR                                CASE NO:07-70508-HDH-13

WICHITA FALLS, TX 76301                   DATED: January 7, 2008

DEBTOR ATTORNEY:  MONTE J WHITE

_____
**TRUSTEE'S NOTICE OF INTENT TO CERTIFY**
**CHAPTER 13 CASE FOR DISMISSAL PURSUANT TO GENERAL ORDER 2006-08 (Section 3. b, c & d-1)**
_____

Notice is hereby given to the above named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

____    Failure to file Authorization for Adequate Protection Disbursements

__X__   Debtor did not pay to the Trustee the first payment due within 30 days of the petition date

__X__   Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code.

_____

**FAILURE TO CURE ANY OR ALL OF THE DEFICENCIES NOTED ABOVE WITHIN <u>72 HOURS</u> OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITON TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2006-08 SECTION 3. b, c & d-1.**
_____


  /s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

By:  GINGER ROBERTSON