# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

Page 1

| | | |
|---|---|---|
| SYMETHA RAMONA PARKER | Date 04/03/2008 | Debtor Attorney<br>MONTE J WHITE |
| 2011 MCGREGOR | Case Number 07-70508-HDH-13 | ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE |
| WICHITA FALLS TX 76301 | 90 Day Bar Date 04/02/2008<br>Govt Bar Date 06/02/2008 | WICHITA FALLS,TX 76301-0000 |

## TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 2,799.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 201.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA,PA 19114- | | | 0.00 | 0.00 | Notice Only |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE 3RD FLOOR<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- | | | 0.00 | 50.96 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | BARRETT BURKE WILSON CASTLE<br>15000 SURVEYOR BLVD STE 100<br>ADDISON,TX 75001-0000 | | xxxx | 0.00 | 0.00 | Notice Only |

Continued on Next Page

Case 07-70508-hdh13 Doc 24 Filed 04/03/08 Entered 04/03/08 09:54:49 Desc
Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 2

In RE:   SYMETHA RAMONA PARKER                                              Case Number   07-70508-HDH-13       4/3/2008

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 009-0 | ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK,NJ 07193-5480 | 03/05/2008 | xxxx | 774.00 | 632.71 | Unsecured |
| 010-0 | CITIFINANCIAL<br>4214 KELL BLVD STE 107<br>WICHITA FALLS,TX 76309-4819 | 01/07/2008 | xxxx | 2,712.00 | 2,000.00 | Secured |
| 010-1 | CITIFINANCIAL<br>4214 KELL BLVD STE 107<br>WICHITA FALLS,TX 76309-4819 | 01/07/2008 | xxxx | | 688.47 | Unsecured |
| 011-0 | WICHITA COUNTY<br>PO BOX 1471<br>WICHITA FALLS,TX 76307-1471 | 01/18/2008 | xxxxx020000 | 1,704.59 | 1,704.59 | Secured |
| 012-0 | CONTINENTAL CREDIT CORP<br>706 10TH ST<br>WICHITA FALLS,TX 76301-0000 | | xxxx | 607.00 | 0.00 | Unsecured<br>Not Filed |
| 013-0 | PARK DANSAN<br>113 W 3RD AVE<br>GASTONIA,NC 28052- | | xxxx | 268.00 | 0.00 | Unsecured<br>Not Filed |
| 014-0 | SPRINT-NEXTEL CORP<br>PO BOX 172408<br>DENVER,CO 80217- | 01/11/2008 | xxxxxx7005-4 | 400.00 | 240.77 | Unsecured |
| 015-0 | COTTONWOOD FINANCIAL<br>1901 GATEWAY DRIVE SUITE 200<br>IRVING,TX 75038- | 01/22/2008 | xxxx | 970.00 | 923.52 | Unsecured |
| 016-0 | WELLS FARGO HOME MORTGAGE<br>405 SW 5TH STREET<br>PMT PROCESSING MAC # X2501-01D<br>DES MOINES,IA 50328- | 12/19/2007 | xxxx | 4,123.02 | 5,798.91 | Secured |
| | POC FILED $1,675.89 HIGHER THAN SCHEDULED, CHECK PAYMENT AMOUNT | | | | | |
| 017-0 | BARRETT BURKE WILSON CASTLE<br>DAFFIN & FRAPPIER  L L P<br>1900 ST JAMES PLACE SUITE 500<br>HOUSTON,TX 77056-0000 | | | 0.00 | 0.00 | Notice Only |
| 018-0 | BARRETT BURKE WILSON CASTLE<br>DAFFIN & FRAPPIER  L L P<br>1900 ST JAMES PLACE SUITE 500<br>HOUSTON,TX 77056-0000 | | | 0.00 | 0.00 | Notice Only |
| 019-0 | WELLS FARGO HOME MORTGAGE<br>405 SW 5TH STREET<br>PMT PROCESSING MAC # X2501-01D<br>DES MOINES,IA 50328- | 12/19/2007 | xxxx | 54,639.00 | 54,303.68 | Continue |
| 020-0 | WELLS FARGO BANK<br>ONE HOME CAMPUS<br>PAYMENT PROCESSING MAC X250101D<br>DES MOINES,IA 50328- | 03/05/2008 | xxxx | 780.33 | 1,168.84 | Secured |
| | AMENDED POC FILED $388.51 HIGHER THAN SCHEDULED, CHECK PAYMENT AMOUNT | | | | | |

Continued on Next Page

Case 07-70508-hdh13  Doc 24  Filed 04/03/08  Entered 04/03/08 09:54:49  Desc
Page 3 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 3

In RE: SYMETHA RAMONA PARKER           Case Number   07-70508-HDH-13     4/3/2008

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 021-0 | WELLS FARGO BANK<br>ONE HOME CAMPUS<br>PAYMENT PROCESSING MAC X250101D<br>DES MOINES,IA 50328- | 03/05/2008 | xxxx | 13,683.00 | 13,683.07 | Continue |
| 022-0 | DONALD PARKER<br>1700 HARDING<br>WICHITA FALLS,TX 76301- | | | 0.00 | 0.00 | Notice Only |
| 023-0 | WELLS FARGO BANK<br>3476 STATEVIEW BLVD<br>FORT MILLS,SC 29715- | | | 0.00 | 0.00 | Notice Only |
| 024-0 | LEGAL PRACTICE MANAGEMENT<br>15000 SURVEYOR BLVD<br>SUITE 1720<br>ADDISON,TX 75001- | | | 0.00 | 0.00 | Notice Only |
| 025-0 | CITIFINANCIAL<br>PO BOX 499<br>HANOVER,MD 21076- | | | 0.00 | 0.00 | Notice Only |
| 026-0 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN,MI 48090-2036 | 01/08/2008<br>NOT PROVIDED FOR IN PLAN | xxxx | 0.00 | 736.85 | Unsecured |
| 027-0 | SPRINT PCS<br>PO BOX 219554<br>KANSAS CITY,MO 64121-9554 | | | 0.00 | 0.00 | Notice Only |
| 028-0 | SPRINT NEXTEL<br>SPRINT BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK,KS 66207-0949 | | | 0.00 | 0.00 | Notice Only |
| 029-0 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 23051<br>COLUMBUS,GA 31902- | 01/14/2008<br>NOT PROVIDED FOR IN PLAN | xxxxxxxxxxx444024 | 0.00 | 1,450.13 | Unsecured |
| 030-0 | CITY OF WICHITA FALLS, WF ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 | | | 0.00 | 0.00 | Notice Only |
| 031-0 | THE CASH STORE #718<br>3900 SHEPPARD ACCESS RD<br>WICHITA FALLS,TX 76308- | | | 0.00 | 0.00 | Notice Only |
| 032-0 | CITIBANK<br>PO BOX 6003<br>HAGERSTOWN,MD 21747-6003 | | | 0.00 | 0.00 | Notice Only |
| 033-0 | ACE AMERICAS CASH EXPR<br>C/O CREDITORS BANKRUPTCY SERVICES<br>PO BOX 740933<br>DALLAS,TX 75374- | 03/31/2008<br>NOT PROVIDED FOR IN PLAN | xxxx | 0.00 | 1,096.73 | Unsecured |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 4

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| In RE: | SYMETHA RAMONA PARKER | | Case Number | 07-70508-HDH-13 | | 4/3/2008 |
| 850-0 | INTERNAL REVENUE SERVICE<br>55 N. ROBINSON<br>MS 5024-OKC<br>OKLAHOMA CITY, OK 73102- | | | 0.00 | 0.00 | Notice Only |
| 851-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114- | | | 0.00 | 0.00 | Notice Only |
| 899-0 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS, TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

-----------------------------------------
Standing Bankruptcy Trustee