BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP                BDFTE#  00000000792093
1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 621-8673
Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70508-HDH-13 |
| | § | |
| SYMETHA RAMONA PARKER, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| SUCCESSOR BY MERGER TO WELLS | § | |
| FARGO HOME MORTGAGE, INC. | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN | § | |
| INTEREST | § | |
| | § | |
| , | § | |
|    Movant | § | HEARING DATE:  06/25/2008 |
| | § | |
| v. | § | TIME:  11:00 AM |
| | § | |
| SYMETHA RAMONA PARKER; | § | |
| DONALD PARKER, Co-Debtor; | § | |
| and WALTER O'CHESKEY, | § | |
| Trustee | § | |
|    Respondents | § | JUDGE HARLIN D. HALE |

SYMETHA RAMONA PARKER, Debtor
CASE NO. 07-70508-HDH-13

# NOTICE OF HEARING AND
# CERTIFICATE OF SERVICE

NOTICE is hereby given that the Court has scheduled a hearing on the Motion For Relief From Stay of WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST on June 25, 2008 at 11:00 AM at the following location:

**U.S. BANKRUPTCY COURT
1000 LAMAR ST.
ROOM 222
WICHITA FALLS, TX 76301**

SYMETHA RAMONA PARKER, Debtor
CASE NO. 07-70508-HDH-13

I hereby certify that on May 09, 2008, a true and correct copy of the Motion For Relief From Stay of WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and this Notice of Hearing were served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

Barrett Daffin Frappier
Turner & Engel, LLP


BY: /s/ PAUL KIM                        5/9/2008
PAUL KIM
TBA NO. 24001182
1900 St. James Place, Suite 500
Houston, Texas  77056
Telephone:  (713) 621-8673
Facsimile:  (972) 661-7702
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

SYMETHA RAMONA PARKER, Debtor
CASE NO. 07-70508-HDH-13

DEBTOR:
SYMETHA RAMONA PARKER
2011 MCGREGOR
WICHITA FALLS, TX  76301

CO-DEBTOR:
DONALD PARKER
2011 MCCGREGOR
WICHITA FALLS, TX  76301

TRUSTEE:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424

US TRUSTEE
1100 COMMERCE STREET, ROOM 976
EARLE CABELL FEDERAL BLDG
DALLAS, TX  75242

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

PARTIES IN INTEREST:
CITY OF WF, WFISD, WICHITA CO
C/O HAROLD LEREW
PO BOX 8188
WICHITA FALLS, TX  76307