Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| Symetha Ramona Parker | § Case No. 07-70508-hdh-13 |
| | § |
| | § |
| DEBTORS | § |

DEBTOR'S RESPONSE TO MOTION OF Wells Fargo Bank NA
FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

On 5/9/2008, Attorney for Wells Fargo Bank NA, Paul Kim, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

1. Admitted
2. Admitted
3. Admitted
4. Admitted
5. Denied
6. Denied
7. Denied
8. Denied
9. Denied
10. Neither Admitted nor Denied
11. Denied
12. Denied

WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which they may be entitled.

                    Respectfully submitted,

                    /s/Monte J. White
                    Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on May 13, 2008, to the following as indicated:

                    /s/Monte J. White
                    Attorney for Debtors

| | |
|---|---|
| Movant: | Wells Fargo Bank NA<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 |
| Attorney for Movant: | Barrett Daffin Frappier Turner & Engel, LLP<br>1900 St. James, Place, Suite 500<br>Houston, TX 77056 |
| Trustee: | Chapter 13 Trustee<br>Walter O'Cheskey<br>6308 Iola Ave.<br>Lubbock, TX  79424 |
| | U.S. Trustee<br>William T. Neary<br>1100 Commerce Street, Room 9-C-60<br>Dallas, TX 75242 |
| Debtor: | Symetha Ramona Parker<br>2011 McGregor<br>Wichita Falls, TX 76301 |