

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature: Harlin DeWayne Hale]*

**Signed July 31, 2008**                                **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70508-HDH-13 |
| | § | |
| SYMETHA RAMONA PARKER, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| SUCCESSOR BY MERGER TO WELLS | § | |
| FARGO HOME MORTGAGE, INC. | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN | § | |
| INTEREST | § | |
| | § | |
| , | § | |
|    Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| DONALD PARKER, Co-Debtor; | § | |
| and WALTER O'CHESKEY, | § | |
| Trustee | § | |
|    Respondents | § | JUDGE HARLIN D. HALE |

**DEFAULT ORDER LIFTING CO-DEBTOR STAY**

Came on for consideration the unopposed Motion For Relief from the Co-Debtor Stay filed by WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered case. Movant's attorney represented that, after proper notice and timely service of the Motion, no answer has been filed by the Co-Debtor.  Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is lifted for the purpose of allowing Movant to exercise its rights with respect to the following described property:

> LOT NO. SIX (6), BLOCK NO. FIFTY-SEVEN (57), SOUTHLAND ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 1, PAGE 46, WICHITA COUNTY PLAT RECORDS

# # # END OF ORDER # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ JEFF FLEMING
_____
JEFF FLEMING
TBA NO. 24034442
1900 St. James Place, Suite 500
Houston, Texas  77056
Telephone:  (713) 621-8673
Facsimile:  (972) 661-7702
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT