

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 18, 2008**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

IN RE:

SYMETHA RAMONA PARKER

CASE NO: 07-70508-HDH-13

HEARING DATE:  9/17/2008

HEARING TIME:   11:00 AM

## ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2006-08, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

Creditors terms have been extended from 38 to 40 months.

Wells Fargo is allowed a fully secured claim for post petition arrears of $2,513.48 and will be paid 13% interes over 49 months with a payment of $86.98.

Debtor shall make 9 payments of $326.00 beginning 1/2/2008.  Then Debtor shall make 40 payments of $411.00 beginning 10/2/2008 for a new base of 19,374.00.

# # # End of Order # # #

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee