Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CASE NO: 07-70508-HDH-13

SYMETHA RAMONA PARKER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order Approving Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   9/19/2008

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

```
ACE AMERICAS CASH EXPR C/O CREDITORS BANKRUPTCY SERVICES PO BOX 740933 DALLAS TX 75374
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BARRETT BURKE WILSON CASTLE   DAFFIN & FRAPPIER  L L P 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BARRETT BURKE WILSON CASTLE 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
CASH STORE 3900 SHEPPARD ACCESS RD  WICHITA FALLS TX 76306
CITIBANK PO BOX 6003  HAGERSTOWN MD 21747
CITIFINANCIAL 4214 KELL BLVD STE 107  WICHITA FALLS TX 76309
CITIFINANCIAL PO BOX 499  HANOVER MD 21076
CITY OF WICHITA FALLS, WF ISD AND COUNTY C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
CONTINENTAL CREDIT CORP 706 10TH ST  WICHITA FALLS TX 76301
COTTONWOOD FINANCIAL 1901 GATEWAY DRIVE SUITE 200  IRVING TX 75038
DONALD PARKER 1700 HARDING  WICHITA FALLS TX 76301
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75248
JEFFERSON CAPITAL SYSTEMS PO BOX 23051  COLUMBUS GA 31902
LEGAL PRACTICE MANAGEMENT 15000  SURVEYOR BLVD SUITE 1720 ADDISON TX 75001
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PARK DANSAN 113 W 3RD AVE  GASTONIA NC 28052
SPRINT NEXTEL SPRINT BANKRUPTCY PO BOX 7949 OVERLAND PARK KS 66207
SPRINT PCS PO BOX 219554  KANSAS CITY MO 64121
SPRINT-NEXTEL CORP PO BOX 172408  DENVER CO 80217
SYMETHA RAMONA PARKER 2011 MCGREGOR  WICHITA FALLS TX 76301
THE CASH STORE #718 3900 SHEPPARD ACCESS RD  WICHITA FALLS TX 76308
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK 3476 STATEVIEW BLVD  FORT MILLS SC 29715
WELLS FARGO BANK ONE HOME CAMPUS PAYMENT PROCESSING MAC X250101D DES MOINES IA 50328
WELLS FARGO HOME MORTGAGE 405 SW 5TH STREET PMT PROCESSING MAC # X2501-01D DES MOINES IA 50328
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```