BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P.     BDFTE# 00000000792093
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70508-HDH-13 |
| | § | |
| SYMETHA RAMONA PARKER, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST | § | |
| , | § | |
|    Movant | § | |
| | § | |
| v. | § | |
| | § | |
| SYMETHA RAMONA PARKER; DONALD PARKER, Co-Debtor; and WALTER O'CHESKEY, Trustee | § | |
|    Respondents | § | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## DUE TO FAILURE TO CURE DEFAULT

1. On July 30, 2008 an Agreed Order Conditioning Automatic Stay was entered by the Court. The Debtor failed to comply with the terms of the Agreed Order. Movant has given any and all Notices required to be given by the Agreed Order.

SYMETHA RAMONA PARKER, Debtor
CASE NO. 07-70508-HDH-13

2. In accordance with the **Default Paragraph** of the Agreed Order, the automatic stay is terminated with respect to WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST on property described as:

LOT NO. SIX (6), BLOCK NO. FIFTY-SEVEN (57), SOUTHLAND ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 1, PAGE 46, WICHITA COUNTY PLAT RECORDS

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, L.L.P.


BY:  /s/ JEFF FLEMING
JEFF FLEMING
TBA NO. 24034442
1900 St. James Place, Suite 500
Houston, Texas  77056
Telephone:  (713) 621-8673
Facsimile:  (972) 661-7702
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

SYMETHA RAMONA PARKER, Debtor
CASE NO. 07-70508-HDH-13

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2008, a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, L.L.P.


BY:  /s/ JEFF FLEMING                        9/24/2008
    JEFF FLEMING
    TBA NO. 24034442
    1900 St. James Place, Suite 500
    Houston, Texas  77056
    Telephone:  (713) 621-8673
    Facsimile:  (972) 661-7702
    E-mail:  NDECF@BBWCDF.COM
    ATTORNEY FOR MOVANT

SYMETHA RAMONA PARKER, Debtor
CASE NO. 07-70508-HDH-13

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
SYMETHA RAMONA PARKER
2011 MCGREGOR
WICHITA FALLS, TX  76301


CO-DEBTOR:
DONALD PARKER
2011 MCCGREGOR
WICHITA FALLS, TX  76301

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

TRUSTEE:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424