Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 07-70508-hdh-13 |
| | § |
| Symetha Ramona Parker | § |
| | § JUDGE HARLIN D. HALE |
| | § |
| | § HEARING DATE: June 24, 2009 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On June 24, 2009, which is at least twenty-five (25) days from the date of service hereof, at 11:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 208, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated April 27, 2009, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty (20) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Symetha Ramona Parker         § CASE NO. 07-70508-hdh-13
                              §
                              § HEARING DATE: June 24, 2009
DEBTOR(s)                     § HEARING TIME: 11:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: April 27, 2009

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  12/3/2007

2. Date of Section 341 Meeting: 1/3/2008

3. First Payment Date:  1/2/2008

4. Date of Confirmation: 1/29/2008

5. Total Plan Term Prior to this Modification: 49

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   17

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 32

8. Amount of Arrears through the month prior to the date the Modification is filed: $170.00

9. Date plan payments are to resume: June 2, 2009

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $5,230.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $5,400.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $411.00  and $170.00 arrears

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 9/19/2008

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

| | |
|---|---|
| _____ | Plan payments remain at $_____per month. |
| \_\_\_x\_\_\_ | DECREASE monthly payment from $411.00 per month to $188.00 per month (must coincide with resume date shown in item 9 above) |
| _____ | Extend months from \_\_\_\_\_months to\_\_\_\_\_ months (not to exceed 60 calendar months from month of First Payment Date) |
| _____ | Add balloon payment of  in  month (indicate how the balloon payment will be made) |

All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method: Prior to hearing on June 24, 2009 or in the alternative, through a 6 month interlocutory order.

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $188.00 will resume on or before June 2, 2009 for 32 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $19,374.00  to $12,238.00

If the base amount has changed complete the following:

1.   Total Paid in as of the month prior
to Modification Approval:                             $6,222.00

2.   (+)Plus Total Payments to be made
through the Remainder of Plan:                    $6,016.00
(Making up any arrears in item 9 above)

3.  (=) New Base Amount                              $12,238.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

__x___   The unsecured creditor pool remains $___0_____.

_____   The unsecured creditor pool changes from $_____ to $_____.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| Code | Name | Class | Description | Amount | Treatment |
|---|---|---|---|---|---|
| CF | Wichita County | S | Property Taxes | $1,704.59 | Pay Direct |
| CT | " | " | " | " | Surrendered |

OR
__ Check here if no changes are to be made to creditors.

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee; or

__ Check here if no additional attorney fee has bee added for this Modification of Plan after Confirmation.

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Stay has lifted on Debtor's home and Debtor's expenses have changed.  Debtor wishes to modify to lower Chapter 13 Plan payments.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on April 28, 2009, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

Case 07-70508-hdh13    Doc 41    Filed 04/28/09    Entered 04/28/09 12:26:37    Desc Main
Document    Page 5 of 7

```
Label Matrix for local noticing            1100 Commerce Street                    Ace America's Cash Expr.
0539-7                                     Room 1254                               P O Box 740933
Case 07-70508-hdh13                        Dallas, TX 75242-1305                   Dallas,Tx 75374-0933
Northern District of Texas
Wichita Falls
Mon Apr 27 12:38:10 CDT 2009

Asset Acceptance LLC                       Barrett,Burke,Wilson,Castle,Daffin,Frapp    CitiFinancial
Po Box 2036                                15000 Surveyor Blvd, Ste 100                4214 Kell Blvd., Ste. 107
Warren MI 48090-2036                       Addison, TX 75001-4417                      Wichita Falls, TX 76309-4819


Citibank USA Home Depot                    City of WF, WFISD, Wichita Co           Continental Credit Corp.
PO Box 6003                                CO Harold Lerew                         706 10th Street
Hagerstown, MD 21747-6003                  PO Box 8188                             Wichita Falls, TX 76301-3408
                                           Wichita Falls, TX 76307-8188


Cottonwood Financial                       FOURSCORE RESOURCE CAPITAL LLC          IRS Special Procedures
1901 Gateway Drive                         c/o Jefferson Capital Systems LLC       1100 Commerce St., Room 951
Suite 200                                  PO BOX 23051                            Mail Stop 5029 DAL
Irving, TX 75038-2425                      COLUMBUS GA 31902-3051                  Dallas, TX 75242-1001


Monte J. White & Associates                Park Dansan Collections-MCI Communicatio    Sprint Nextel -- Correspondence
1106 Brook Ave                             113 W 3rd Ave                               Attn: Bankruptcy Dept
Wichita Falls TX 76301-5009                Gastonia, NC 28052-4320                     PO Box 7949
                                                                                       Overland Park, KS 66207-0949


Sprint Nextel -- Distribution              Sprint PCS                              The Cash Store - No. 718
Attn: PO Box 172408                        PO Box 219554                           3900 Sheppard Access Rd.
Denver, CO 80217-2408                      Kansas City, MO 64121-9554              Wichita Falls, Texas 76306-4226


WICHITA FALLS CITY, ISD & WICHITA COUNTY   Wells Fargo Bank NA                     Wells Fargo Bank, N.A.
C/O PERDUE BRANDON FIELDER COLLINS & MOT   3476 Stateview Blvd                     c/o Legal Practice Management
PO BOX 8188                                Fort Mill, SC 29715-7200                15000 Surveyor Blvd.
WICHITA FALLS TX 76307-8188                                                        Suite 1720
                                                                                   Addison, TX 75001-4417

eCAST Settlement Corporation assignee of   Monte J. White                          Symetha Ramona Parker
Citibank USA NA/HOME DEPOT                 Monte J. White & Associates, P.C.       2011 McGregor
POB 35480                                  1106 Brook Avenue                       Wichita Falls, TX 76301-5510
Newark NJ 07193-5480                       Wichita Falls, TX 76301-5009


UST U.S. Trustee                           Walter 12,13 OCheskey
1100 Commerce Street                       6308 Iola Avenue
Room 976                                   Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

(d)Wells Fargo Bank, NA
3476 Stateview Blvd
Fort Mill, SC 29715-7200

End of Label Matrix
Mailable recipients    25
Bypassed recipients     2
Total                  27