Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue,
Lubbock, TX 79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

SYMETHA RAMONA PARKER

CASE NO: 07-70508-HDH-13
HEARING DATE: 5/20/2009
HEARING TIME: 11:00 AM

## TRUSTEE'S LIST OF WITNESSES AND EXHIBITS FOR MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The following persons and documents are identified and intended to be used as Witnesses and Exhibits by Walter O'Cheskey, Chapter 13 Trustee, for the Trustee's Motion to Dismiss to be heard on 5/20/2009 at 11:00:00 AM.

### WITNESSES

1. Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola Avenue, Lubbock, TX 79424
2. Jeff Whitaker, Office of the Standing Trustee, 6308 Iola Avenue, Lubbock, TX 79424
3. Kathleen Campbell, Office of the Standing Trustee, 6308 Iola Avenue, Lubbock, TX 79424
4. Shelby Wimberley, Office of the Standing Trustee, 6308 Iola Avenue, Lubbock, TX 79424
5. Ben Greene, Office of the Standing Trustee, 6308 Iola Avenue, Lubbock, TX 79424
6. Wanda Brunson, Office of the Standing Trustee, 6308 Iola Avenue, Lubbock, TX 79424

### EXHIBITS

1. Exhibit A (Trustee record of receipts available on Trustee's website http://www.trustee13.com/.)

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's List of Witnesses and Exhibits for Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

SYMETHA RAMONA PARKER 2011 MCGREGOR WICHITA FALLS TX 76301

BARRETT BURKE WILSON CASTLE  DAFFIN & FRAPPIER  L L P 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056

MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301

WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242

Date:    4/30/2009                                         /s/ Walter O'Cheskey
                                                           _____
                                                           Walter O'Cheskey
                                                           Chapter 13 Trustee