# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 07-70508-HDH-13 |
| SYMETHA RAMONA PARKER | DATED: June 24, 2009 |
| | HEARING DATE: June 24, 2009 |
| | HEARING TIME: 11:00 AM |

---

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS**

---

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS" without prejudice to refilling the same, for the Motion dated 04-30-2009.


  /s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss was this date served on the following parties electronically or by U.S first class mail:


  /s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424


| | |
|---|---|
| Debtor Attorney | United States Trustee |
|   MONTE J WHITE | William T. Neary |
|   ATTORNEY AT LAW | 1100 Commerce Street,  RM 9C60 |
|   1106 BROOK AVE HAMILTON PLACE | Dallas, TX  75242 |
|   WICHITA FALLS TX 76301-0000 | |

| | |
|---|---|
| Debtor1: | Debtor 2: |
| SYMETHA RAMONA PARKER | |
| 2011 MCGREGOR | |
| | |
| WICHITA FALLS TX 76301 | |