


**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 25, 2009**                                               **United States Bankruptcy Judge**

---

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 07-70508-HDH-13 |
| SYMETHA RAMONA PARKER | DATED: June 24, 2009 |
| | ATTORNEY: MONTE J WHITE |
| | HEARING DATE: 6/24/2009 @ 11:00 A.M. |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 4/27/2009. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 4/27/2009 be and the same is hereby APPROVED, as stated below:

Debtor's payment is lowered to $188.00 beginning 6/09; for a new plan base of $12,238.00.
Wichita County is surrendered for full value
Debtor attorney is allowed $400.00 for this modification; paid through the plan

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424