

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature: Harlin DeWayne Hale]*

**Signed August 18, 2009**                                        **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70508-hdh-13 |
| | § | |
| Symetha Ramona Parker | § | CHAPTER 13 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | |

ORDER APPROVING WITHDRAWAL OF COUNSEL

Upon the Motion of the Debtor's attorney, Monte J. White, in the above referenced case, to withdraw as counsel in the Chapter 13 Bankruptcy proceeding, it is

ORDERED that Monte J. White & Associates, P.C. is hereby withdrawn as counsel for the Debtor in Bankruptcy Case No. 07-70508-hdh-13.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX  76301
(940)723-0099
legal@montejwhite.com