

**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

**Signed August 18, 2009**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70508-hdh-13 |
| | § | |
| Symetha Ramona Parker | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

ORDER APPROVING WITHDRAWAL OF COUNSEL

Upon the Motion of the Debtor's attorney, Monte J. White, in the above referenced case, to withdraw as counsel in the Chapter 13 Bankruptcy proceeding, it is

ORDERED that Monte J. White & Associates, P.C. is hereby withdrawn as counsel for the Debtor in Bankruptcy Case No. 07-70508-hdh-13.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

# CERTIFICATE OF NOTICE

```
District/off: 0539-7          User: bsimpson            Page 1 of 1               Date Rcvd: Aug 18, 2009
Case: 07-70508                Form ID: pdf012           Total Noticed: 2
```

The following entities were noticed by first class mail on Aug 20, 2009.
db          +Symetha Ramona Parker,   2011 McGregor,   Wichita Falls, TX 76301-5510
aty         +Monte J. White,   Monte J. White & Associates, P.C.,   1106 Brook Avenue,
             Wichita Falls, TX 76301-5009

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**                    **Signature:** *Joseph Speetjens*